UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIAN ALSABER, | |
| Plaintiff, | Case No.: 1:17-cv-04499 |
| v. | Honorable Judge Robert W. Gettleman |
| COMENITY CAPITAL BANK, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARIAN ALSABER and the Defendant, COMENITY CAPITAL BANK, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 22, 2018                                    Respectfully Submitted,

**MARIAN ALSABER**                                       **COMENITY CAPITAL BANK**

*/s/ Mohammed O. Badwan*                                 */s/ J. Christopher Suedekum (with consent)*
Mohammed O. Badwan                                       J. Christopher Suedekum
*Counsel for Plaintiff*                                  *Counsel for Comenity Capital Bank*
Sulaiman Law Group, LTD                                  Burr & Forman, LLP
2500 S. Highland Ave., Ste. 200                          222 Second Ave. S., Ste. 2000
Lombard, Illinois 60148                                  Nashville, TN 37201
Phone: (630) 575-8181                                    Phone: (615) 724-3256
mbadwan@sulaimanlaw.com                                  csuedekum@burr.com