# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Marian Alsaber

                                    Plaintiff,

v.                                                    Case No.: 1:17–cv–04499
                                                      Honorable Robert W. Gettleman

Comenity Capital Bank

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 22, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation and pursuant to Federal Rule of Civil Procedure 41, this action is dismissed with prejudice. Each party shall bear its own costs and attorney fees. Status hearing set for 6/12/2018 is stricken. Civil case terminated. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.